# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MAKENZIE KOCH,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **VERKADA, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

## INDEX OF DOCUMENTS ATTACHED TO DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, the following documents are attached to Defendant's Notice of Removal filed herein.

| **Exhibit** | **Document Name** | **Date Filed** |
|---|---|---|
| Exhibit A-1 | Docket Sheet | 02/12/2026 (print date) |
| Exhibit A-2 | Plaintiff's Original Petition | 11/26/2025 |
| Exhibit A-3 | Acceptance of Service | 01/13/2026 |
| Exhibit A-4 | Dismissal Hearing Notice | 01/08/2026 |
| Exhibit A-5 | Plaintiff's Motion to Retain Case on Docket | 02/09/2026 |
| Exhibit A-6 | Dismissal Hearing Notice | 02/10/2026 |

Respectfully submitted

By: */s/ Avvennett Gezahan*
    Avvennett Gezahan
    Texas Bar No. 24099895
    Avvennett.Gezahan@jacksonlewis.com

    JACKSON LEWIS P.C.
    500 N. Akard, Suite 2500
    Dallas, Texas 75201
    T: (214) 520-2400
    F: (214) 520-2008

    **ATTORNEYS FOR DEFENDANT
    VERKADA, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing *Defendant's Notice of Removal* was e-filed on February 12, 2026 and was forwarded via first class U.S. Mail and e-mail to the below counsel of record as follows:

Frank Hill
Heather M. Castillo
Hill Gilstrap, P.C.
1400 Abram Street
Arlington, Texas 76013
fhill@hillgilstrap.com
hcastillo@hillgilstrap.com

**ATTORNEYS FOR THE PLAINTIFF**

    */s/ Avvennett Gezahan*
    Avvennett Gezahan