**EXHIBIT A-1**

## Case Information

DC-25-22083 | MAKENZIE KOCH vs. VERKADA, INC

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-25-22083 | 160th District Court | REDMOND, AIESHA |
| File Date | Case Type | Case Status |
| 11/26/2025 | EMPLOYMENT | OPEN |

## Party

PLAINTIFF
KOCH, MAKENZIE

Active Attorneys ▾
Lead Attorney
HILL, FRANK WARREN
Retained

DEFENDANT
VERKADA, INC

## Events and Hearings

11/26/2025 NEW CASE FILED (OCA) - CIVIL

11/26/2025 ORIGINAL PETITION ▾

ORIGINAL PETITION

01/13/2026 MISCELLANOUS EVENT ▾

ACCEPTANCE OF SERVICE

Comment
ACCEPTANCE OF SERVICE

02/09/2026 MOTION - RETAIN ▾

PLAINTIFF'S MOTION TO RETAIN **ORDER NOT FILED**

02/10/2026 DISMISSAL FOR WANT OF PROSECUTION ▾

160th Dismissal

Judicial Officer
REDMOND, AIESHA

Hearing Time
3:00 PM

02/10/2026 PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER TO RETAIN

Comment
PROPOSED ORDER TO RETAIN

03/11/2026 DISMISSAL FOR WANT OF PROSECUTION ▾

160th Dismissal

Judicial Officer
REDMOND, AIESHA

Hearing Time
8:30 AM

## Financial

KOCH, MAKENZIE
Total Financial Assessment                                    $350.00
Total Payments and Credits                                    $350.00

| 12/1/2025 | Transaction Assessment | | | $350.00 |
|---|---|---|---|---|
| 12/1/2025 | CREDIT CARD - TEXFILE (DC) | Receipt # 85318-2025-DCLK | KOCH, MAKENZIE | ($213.00) |
| 12/1/2025 | STATE CREDIT | | | ($137.00) |

## Documents

ORIGINAL PETITION

160th Dismissal

ACCEPTANCE OF SERVICE

PLAINTIFF'S MOTION TO RETAIN **ORDER NOT FILED**

PROPOSED ORDER TO RETAIN

160th Dismissal