**EXHIBIT A-3**

FILED
1/13/2026 2:32 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Lauren Beavers DEPUTY

## CAUSE NO. DC-25-22083

| | | |
|---|---|---|
| MAKENZIE KOCH, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 160TH JUDICIAL DISTRICT |
| | § | |
| VERKADA, INC., | § | |
| | § | |
| *Defendant.* | § | DALLAS COUNTY, TEXAS |

## ACCEPTANCE OF SERVICE

STATE OF TEXAS

COUNTY OF DALLAS

Before me, the undersigned authority, pursuant to TEX. R. CR/. P. 119, did personally appear DONALD P. SULLIVAN, counsel for Defendant Verkada, Inc., who, being duly sworn by me, does hereby attest as follows:

1.      My name is Donald P. Sullivan. I am counsel for Defendant Verkada, Inc., in the above-captioned litigation. Defendant Verkada, Inc., has duly authorized me to accept service of process on its behalf in the above-captioned litigation.

2.      Counsel for Plaintiff Makenzie Koch delivered to me a copy of her Original Petition naming Verkada, Inc., as a Defendant on November 26, 2025, and I hereby acknowledge receipt of same.

3.      Defendant Verkada, Inc., hereby waives service of process pursuant to TEX. R. Civ. P. 119.

///

///

1

4.      I am over the age of eighteen (18), of sound mind, and am competent to attest to the facts in this sworn Acceptance of Service. The statements contained herein are true and are based upon my personal knowledge.

FURTHER AFFIANT SAYETH NOT.

DONALD P. SULLIVAN

_____

Notary Public in and for

The State of California

County of San Francisco

SUBSCRIBED AND SWORN (or affirmed) before me on this 13th day of January, 2026, by DONALD P. SULLIVAN, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____          My Commission Expires: 08|21|2029


M. Solano, Notary Public

(Notary Seal)

M. SOLANO
Notary Public · California
San Francisco County
Commission # 2528728
My Comm. Expires Aug 21, 2029

*A Notary Public or Other Officer Completing This Certificate Verifies Only The identify of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record in accordance with the Texas Rules of Civil Procedure on January ⎯13⎯, 2026.

Frank Hill
Heather M. Castillo
Hill Gilstrap, P.C.
1400 Abram Street
Arlington, Texas 76013
fhill@hillgilstrap.com
hcastillo@hillgilstrap.com

/s/ Avvennett Gezahan

Avvennett Gezahan

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ginger Williford on behalf of Avvennett Gezahan
Bar No. 24099895
ginger.williford@jacksonlewis.com
Envelope ID: 109999470
Filing Code Description: Miscellaneous Event
Filing Description: ACCEPTANCE OF SERVICE
Status as of 1/13/2026 3:22 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Heather Castillo | | hcastillo@hillgilstrap.com | 1/13/2026 2:32:02 PM | SENT |
| Frank Hill | | fhill@hillgilstrap.com | 1/13/2026 2:32:02 PM | SENT |
| PacerPro Gezahan | | avvennett-gezahan-0430@ecf.pacerpro.com | 1/13/2026 2:32:02 PM | SENT |
| Avvennett Gezahan | | avvennett.gezahan@jacksonlewis.com | 1/13/2026 2:32:02 PM | SENT |
| Dallas Docketing | | dallas-docketing-1529@ecf.pacerpro.com | 1/13/2026 2:32:02 PM | SENT |
| Dallas Docketing | | DallasDocketing@jacksonlewis.com | 1/13/2026 2:32:02 PM | SENT |
| PacerPro Williford | | virginia-williford-0074@ecf.pacerpro.com | 1/13/2026 2:32:02 PM | SENT |
| Ginger Williford | | Ginger.Williford@jacksonlewis.com | 1/13/2026 2:32:02 PM | SENT |
| Donald Sulllivan | | donald.sullivan@jacksonlewis.com | 1/13/2026 2:32:02 PM | SENT |