**EXHIBIT A-5**

FILED
2/9/2026 11:34 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Lauren Beavers DEPUTY

## CAUSE NO. DC-25-22083

| | | |
|---|---|---|
| MAKENZIE KOCH,<br> *Plaintiff,* | §<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | 160TH JUDICIAL DISTRICT |
| VERKADA, INC.,<br> *Defendant.* | §<br>§<br>§ | DALLAS COUNTY, TEXAS |

## PLAINTIFF'S MOTION TO RETAIN CASE ON DOCKET

COMES NOW Plaintiff Makenzie Koch ("Plaintiff") and files this Motion to Retain Case On Docket and would respectfully show the Court as follows:

### I.

1.1 Plaintiff's Original Petition was filed on November 26, 2025. Counsel for Defendant Verkada, Inc., represented that he would accept service on Defendant's behalf. Therefore, on November 26, 2025, Plaintiff's counsel emailed a copy of the filed Plaintiff's Original Petition to Defendant's counsel.

1.2 On December 1, 2025, Plaintiff's counsel received a file-marked copy of Plaintiff's Original Petition back from the clerk's office. Plaintiff's counsel then emailed a file-marked copy of Plaintiff's Original Petition to Defendant's counsel that same day.

1.3 On January 8, 2026, the Court issued a Dismissal Hearing Notice stating that this case is set for dismissal for want of prosecution by submission on February 10, 2026, at 3:00 p.m.

1.4 Both before and after issuance of the Dismissal Hearing Notice, counsel for the parties were in communication regarding the case.

1.5 On January 13, 2026, Defendant's counsel filed an Acceptance of Service notice with the Court acknowledging receipt of Plaintiff's Original Petition on November 26, 2025, and

---

**PLAINTIFF'S MOTION TO RETAIN CASE ON DOCKET**        **Page 1 of 3**

confirming Defendant's waiver of service of process. Therefore, Defendant's answer deadline in this case is this Thursday, February 12, 2026.

1.7    Plaintiff intends to continue with this case and to move the case forward as quickly as possible. Plaintiff requests that the Court find that the Dismissal Hearing Notice is moot and/or order that this case be retained on the Court's docket and that it remain active and pending.

## II. PRAYER

For the reasons stated above, Plaintiff asks that the Court grant this Motion to Retain Case on Docket and for any further relief to which Plaintiff may be justly entitled.

Respectfully Submitted,

*/s/ Heather M. Castillo*
Frank Hill          SBN  09632000
fhill@hillgilstrap.com
Heather M. Castillo    SBN 24027794
hcastillo@hillgilstrap.com
HILL GILSTRAP, P.C.
1400 W. Abram St.
Arlington, Texas 76013
(817) 261-2222
(817) 861-4685 FAX

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on the 9th day of February 2026, I served a copy of the foregoing on the attorneys of record indicated in the manner listed below:

***Via E-Serve and Email***
Donald P. Sullivan
Jackson Lewis P.C.
50 California Street 9th Floor
San Francisco, CA 94111
Donald.Sullivan@jacksonlewis.com

**ATTORNEY FOR DEFENDANT**

*/s/ Heather M. Castillo*
Heather M. Castillo

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Heather Castillo on behalf of Heather Castillo
Bar No. 24027794
heather_dmc@yahoo.com
Envelope ID: 111050372
Filing Code Description: Motion - Retain
Filing Description:
Status as of 2/10/2026 8:51 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ginger Williford | | Ginger.Williford@jacksonlewis.com | 2/9/2026 11:34:46 PM | SENT |
| Dallas Docketing | | DallasDocketing@jacksonlewis.com | 2/9/2026 11:34:46 PM | SENT |
| Avvennett Gezahan | | avvennett.gezahan@jacksonlewis.com | 2/9/2026 11:34:46 PM | SENT |
| Dallas Docketing | | dallas-docketing-1529@ecf.pacerpro.com | 2/9/2026 11:34:46 PM | SENT |
| PacerPro Williford | | virginia-williford-0074@ecf.pacerpro.com | 2/9/2026 11:34:46 PM | SENT |
| PacerPro Gezahan | | avvennett-gezahan-0430@ecf.pacerpro.com | 2/9/2026 11:34:46 PM | SENT |
| Donald Sulllivan | | donald.sullivan@jacksonlewis.com | 2/9/2026 11:34:46 PM | SENT |
| Frank Hill | | fhill@hillgilstrap.com | 2/9/2026 11:34:46 PM | SENT |
| Heather Castillo | | hcastillo@hillgilstrap.com | 2/9/2026 11:34:46 PM | SENT |