**EXHIBIT A-6**



160ᵀᴴ JUDICIAL DISTRICT COURT
GEORGE L. ALLEN COURTS BUILDING
600 COMMERCE STREET
DALLAS, TEXAS 75202-4604
214-653-7273

2/10/2026

FRANK WARREN HILL
1400 W Abram St
Arlington TX  76013-1705

DC-25-22083
MAKENZIE KOCH
 vs.
VERKADA, INC

### DISMISSAL HEARING NOTICE – **BY SUBMISSION**

The above case is set for dismissal for want of prosecution **BY SUBMISSION on** 03/11/2026 at 8:30 AM. in the 160ᵗʰ District Court, Dallas County, Texas.

If you have perfected service and no answer has been filed, you must have moved for or have proved up a default judgment on or prior to the above date. Failure to do so prior to dismissal hearing will automatically result in the dismissal of the case on the above date and time and place.

If you have not perfected service on all parties prior to said dismissal date, you must **APPEAR BY SUBMISSION FOR THE DISMISSAL HEARING.** During said hearing you will have the opportunity to show by way of verified motion, good cause for maintaining the case on the docket. The court **SHALL** dismiss for Want of Prosecution unless there is a showing of good cause.

Sincerely

/s/ Nicholas Zaragoza_
Nicholas Zaragoza,
Court Coordinator