## Supplemental Civil Cover Sheet for Cases Removed
## From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1.  **State Court Information:**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

    | Court | Case Number |
    |---|---|
    | 160th District Court, Dallas County, Texas | DC-25-22083 |

2.  **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party and Party Type | Attorney(s) |
    |---|---|
    | Makenzie Koch - Plaintiff | Frank Hill and Heather M. Castillo |
    | Verkada, Inc. | Avvennett Gezahan |
    |  |  |
    |  |  |
    |  |  |

3.  **Jury Demand:**

    Was a Jury Demand made in State Court?    ☑ Yes        ☐ No

    If "*Yes,*" by which party and on what date?

    Plaintiff _____    11/26/2025 _____
    Party                                                                          Date

Supplemental Civil Cover Sheet
Page **2** of **2**

4.  **Answer:**

Was an Answer made in State Court?    ☐ Yes        ☑ No

If "*Yes*," by which party and on what date?

_____        _____
Party                                                            Date

5.  **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|---|---|
| N/A | |
| | |
| | |
| | |
| | |

6.  **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|---|---|
| N/A | |

7.  **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Plaintiff | Violation of Title VII, claims under Chapter 21 of the Texas Labor Code quid pro quo sexual harassment, hostile work environment and negligent retention and/or supervision |
| Defendant | None |