# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **MAKENZIE KOCH,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIV. ACTION NO. 3:26-CV-00381-E** |
| | § | |
| **VERKADA INC.,** | § | |
| | § | |
| *Defendant.* | § | |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S FIRST AMENDED PETITION

Plaintiff Makenzie Koch ("Plaintiff") files this Notice of Withdrawal of Plaintiff's First Amended Petition and respectfully states as follows:

Plaintiff hereby withdraws Plaintiff's First Amended Petition in its entirety.

Respectfully submitted,

By: */s/ Heather M. Castillo*
Frank Hill
Texas Bar No. 09632000
fhill@hillgilstrap.com
Heather M. Castillo
Texas Bar No. 24027794
hcastillo@hillgilstrap.com
Hill Gilstrap, P.C.
1400 W. Abram Street
Arlington, Texas 76013
T: (817) 261-2222
F: (817) 861-4685

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing pleading was e-filed on July 13, 2026, and was forwarded via ECF to Defendant's counsel of record as follows:

David Scott
Jackson Lewis P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
David.Scott@jacksonlewis.com

Donald P. Sullivan
Jackson Lewis P.C.
50 California Street, 9th Floor
San Francisco, California 94111
Don.Sullivan@jacksonlewis.com

*/s/ Heather M. Castillo*
Heather M. Castillo